UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | EDTN Mag No. 1:11-MJ-149 |
| vs. | ) | MDFL Case No. 2:11-CR-64 FtM-36DNF |
| | ) | |
| EMILIO BLANCO RODRIGUEZ | ) | JUDGE CARTER |

<u>MEMORANDUM AND ORDER</u>

The defendant appeared for a hearing before the undersigned on July 12, 2011, in accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure for an initial appearance of the defendant on an Indictment and Warrant out of the Middle District of Florida at Ft. Myers. Those present for the hearing included:

(1) AUSA Annie Svolto for the USA.
(2) The defendant, Emilio Blanco Rodriguez.
(3) Attorney Mary Ellen Coleman of Federal Defender Services.
(4) Deputy Clerk Kelli Jones.
(5) Spanish Interpreter Irene Tomassini via telephone.

After being sworn in due form of law, the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

It was determined the defendant wished to be represented by an attorney and he qualified for the appointment of an attorney to represent him at government expense. Attorney Mary Ellen Coleman was appointed to represent the defendant. It was ascertained defendant had been provided with a copy of the Indictment and Warrant and had the opportunity of reviewing those documents with Atty. Coleman. It was determined defendant through a Spanish interpreter was capable of being able to understand the copy of the aforesaid documents he had been provided.

AUSA Svolto moved defendant be detained without bail pending a hearing in the Middle District of Florida.

<u>Findings</u>

(1) Explanation of Rule 20 of the Federal Rules of Criminal Procedure were made to the defendant. The defendant waived his Rule 5 identity hearing. The defendant asks to have a detention hearing in the charging district.

1

Conclusions

It is ORDERED:

(1) Defendant shall be DETAINED WITHOUT BAIL pending his transfer to the Middle District of Florida at Tampa.

(2) The U.S. Marshal shall transport defendant to the Middle District of Florida at Ft. Myers for a hearing before a U.S. Magistrate Judge on a date to be determined once defendant is in said district.

ENTER.

*s/William B. Mitchell Carter*
UNITED STATES MAGISTRATE JUDGE